

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00090-CV

**1ST RATE CONSTRUCTION LLC** and Dan Martinez,
Appellants

v.

Jon **NICOLAI**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI11885
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice
              Adrian A. Spears II, Justice

Delivered and Filed: April 2, 2025

APPEAL DISMISSED

On March 20, 2025, appellants filed an unopposed voluntary motion to dismiss this appeal.

Appellants' motion to dismiss their appeal is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM